**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**IVETTE NEGRON BOCANEGRA**  Case No.  **19-06857-MCF**

Chapter 13  Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO***

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |
| [ ] Prose | | |
| [ ] Appearing: | | |

Date & Time:  1/30/2020  9:28:00AM

[X] R  [ ] NR  LV: $0.00

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**None**

### II. Oath Administered
[X] Yes  [ ] No

### III. Plan

Date:  11/22/2019  Base:  $7,200.00  Payments 2 made out of 2 due.

Confirmation Hearing Date:  2/7/2020  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$4,000.00 - $232.00 = $3,768.00

### IV. Status of Meeting

[X] Closed  [ ] Not Held  [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

IVETTE NEGRON BOCANEGRA

Case No. 19-06857-MCF

Chapter 13    Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State - years<br><br>[ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

IVETTE NEGRON BOCANEGRA　　　　　　　　　　　Case No.　19-06857-MCF

　　　　　　　　　　　　　　Chapter 13　　　Attorney Name:　ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 2**

**Counsel reports a liquidation value of zero and trustee concurs.**

**Debtor told of the continuing obligation during the term of the plan to report immediately, thru counsel, any changes in financial/economic circumstances, such as, but not limited to, increases/decreases in income, acquisition of assets/property by whatever means.**

**Debtor(s) advised that if for any month a payment is made in an amount different than scheduled (higher, lower, corresponding to a tax refund, bonus, or otherwise) he, she, they must so state when making the payment.**
**---------------------------**
**Matter:**

**1. Debtor appears to be mixing exemptions -state and federal- when in Schedule A/B when describing the realty, she alludes to a homestead act and in Schedule C, she omits the realty and uses federal exemptions for the personal property.　Will amend schedule A/B to delete the reference to local homestead exemption.**
**The following party(ies) object(s) confirmation:**

**s/Alejandro Oliveras**　　　　　　　　　　　　　　　　**Date:**　　01/30/2020

**Trustee/Presiding Officer**　　　　　　　　　　　　　　　　　　　　　　　**(Rev. 05/13)**