# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>  IVETTE NEGRON BOCANEGRA<br><br><u>Debtor(s)</u> | CASE NO. **19-06857-MCF**<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I hereby certify that on 1/31/2020. I electronically filed the Minutes of 341 meeting & trustee's Recommendation with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties that have filed a notice of appearance in this case, including Debtor's attorney. I further certify that I have mailed this document by First Class Mail, to the following non CM/ECF participants at their address of record: debtor(s), creditors and all parties in interest as they appear in the attached master address list.

In San Juan, Puerto Rico this, 1/31/2020

                                          <u>/s/ ALEJANDRO OLIVERAS RIVERA</u><br>
                                          ALEJANDRO OLIVERAS RIVERA, TRUSTEE<br>
                                          USDC 131006<br>
                                          STANDING CHAPTER 13 TRUSTEE<br>
                                          PO BOX 9024062<br>
                                          SAN JUAN, PR 00902-4062<br>
                                          TEL. 787-977-3500 FAX. 787-977-3521

DATED: 1/31/2020                                                                                                        /s/ Rene Gomez

- CASE NO 19-06857-MCF                                                                      OFFICE OF THE CHAPTER 13 TRUSTEE

AMERICAN EXPRESS NATIONAL BANK
BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA  19355-0701

AMEX/DSNB
PO BOX 8218
MASON,, OH  45040-8218

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICING DEPARTMENT
PO BOX 362708
SAN JUAN,, PR  00936-2708

CITIBANK NA
5800 S CORPORATE Pl
SIOUX FALLS, SD  57108-5027

CITIBANK NA
6716 GRADE LN BLG 9 STE 910 PY DEPT
LOUISVILLE, KY  40213-3439

FIRST BANK
PO BOX 9146
SAN JUAN, PR  00908-0146

IVETTE NEGRON BOCANEGRA
PO BOX 8091
HUMACAO, PR  00792-8091

JEFFERSON CAPITAL SYSTEM LLC
PO BOX 772813
CHICAGO, IL  60677-2813

DATED:  1/31/2020

/s/ Rene Gomez

- CASE NO  19-06857-MCF

OFFICE OF THE CHAPTER 13 TRUSTEE

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-9617

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

PENTAGON FEDERAL CREDIT UNION
PO BOX 1432
ALEXANDRIA, VA  22313-2032

QUANTUM3 GROUP LLC AS AGENT FOR
Comenity Bank
PO BOX 788
KIRKLAND, WA  98083-0788

SEARS/CBNA
PO BOX 6217
SIOUX FALLS,, SD  57117-6217

THD/CBNA
PO BOX 6497
SIOUX FALLS,, SD  57117-6497

IVETTE NEGRON BOCANEGRA
PO BOX 8091
HUMACAO, PR  00792-8091

DATED:   1/31/2020                                       /s/ Rene Gomez

- CASE NO  19-06857-MCF                                  OFFICE OF THE CHAPTER 13 TRUSTEE