IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

IVETTE NEGRON BOCANEGRA

CASE NO. 19-06857-MCF

CHAPTER 13

DEBTOR(S)

## NOTICE OF FINAL CURE PAYMENT

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Alejandro Oliveras-Rivera reports that the amount required to cure the default on the claim listed below has been paid in full.

**Creditor: <u>BANCO POPULAR DE PR</u>**

| <u>Claim Number</u> | <u>Claim Allowed</u> |
|---|---|
| <u>10-2</u> | <u>$696.80</u> |
| Total Amount Paid by Trustee | <u>$696.80</u> |

**Monthly Mortgage Payment**

Mortgage is paid by:

   _   Chapter 13 Trustee         x   Debtor (s)

Pursuant to Fed.R.Bank.P.3002.1(g), within **21 days** of the service of this Notice of Final Cure Payment, the creditor shall file and serve a statement on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, indicating 1) whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the default on the claim; and 2) whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to debtor(s) attorney. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor and CREDITOR BANCO POPULAR DE PR.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, December 01, 2022.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

| 19-06857-MCF | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| BANCO POPULAR DE PUERTO RICO<br>JOSE A MOREDA DEL VALLE LAW OFFICE<br>4002 AURORA STREET<br>PONCE, PR  00717 -1513 | BANCO POPULAR DE PR<br>MORTGAGE SERVICING DIV (762)<br>PO BOX 362708<br>SAN JUAN, PR  00936 -2708 |
|---|---|

BANCO POPULAR DE PR

IVETTE NEGRON BOCANEGRA
PO BOX 8091
HUMACAO, PR  00792-8091

ROBERTO FIGUEROA CARRASQUILLO*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR  00726-0186

| DATED:   December 05, 2022 | /S/ OLGA LOPEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |
|---|---|
| Page 1 of 1        - CASE NO       19-06857-MCF | |