# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> IVETTE NEGRON BOCANEGRA <br><br> Debtor | CASE NO. 19-06857 MCF <br><br> CHAPTER 13 |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Comes now Banco Popular de Puerto Rico, through counsel, and respectfully states and requests:

1. The appearing creditor was served with a Notice of Final Cure Payment by the appointed Chapter 13 Trustee.

2. Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), the appearing creditor states that the Trustee has paid in full the amount required to cure the default on its claim; however, Debtor is not current with the appearing creditor's claim, and as such, a default of **$50.00** remains due.

3. See enclosed Statement of Account.

**WHEREFORE,** it is respectfully requested that this Response BE NOTED, for whichever legal purposes, with such further relief as is deemed appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., and Debtor's Attorney, Roberto Figueroa Carrasquillo, Esq.; and by regular mail to Debtor to her address of record.

Ponce, Puerto Rico, this 8th day of December, 2022.

/s/José A. Moreda del Valle
José A. Moreda del Valle, Esq.
USDC-PR 229401

**JOSE A. MOREDA DEL VALLE
LAW OFFICE**
Attorney for BPPR
4002 Aurora St.
Ponce, PR 00717-1513
Tel.: 787-842-1609
Tel./Fax: 787-842-1604
Email: moredadelvalle@jmdvlaw.com

# STATEMENT OF ACCOUNT

| | | | | |
|---|---|---|---|---|
| **DEBTOR:** | IVETTE NEGRON BOCANEGRA | | **BPPR NUM:** | XXXXXX6684 |
| **BANKRUPTCY NUM:** | 19-06857 | | **FILING DATE:** | 11/22/19 |

## SECURED LIEN ON REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| Principal Balance as of | 01/01/23 | | | **94,999.24** |
| Accrued Interest from | 12/01/22 to | 12/31/22 | | **312.33** |
| Interest: 4.000% | Accrued num. of days: 30 | Per Diem: | 10.410876 | |

**Monthly payment to escrow**

| | | | | | |
|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 |
| A&H | $0.00 | Life | $0.00 | Escrow Balance | $0.00 |
| **Total montly escrow** | | $0.00 | Months in arrears 0 | Escrow in arrears | **0.00** |
| | | | | Accrued Late Charge: | **0.00** |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | **0.00** |
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | **0.00** |
| **Total Estimate due as of** | 12/31/22 | | | | | **95,311.57** |

## AMOUNT IN ARREARS

**PRE-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $733.04 | each one | **0.00** |
| | acummulated late charges | | | **0.00** |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | **0.00** |
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | **0.00** |
| | | | | **A = TOTAL PRE-PETITION AMOUNT** | | **0.00** |

**POST-PETITION AMENDED:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $733.04 | each one | **0.00** |
| | Late Charge | | | **0.00** |
| | Post Petition Legal Fees | | | **0.00** |
| | | | **B = TOTAL POST-PETITION AMOUNT** | **0.00** |

**POST-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $733.04 | each one | **0.00** |
| | Late Charge | | | **0.00** |
| | Final Cure | | | **50.00** |
| | | | **C = TOTAL POST-PETITION AMOUNT** | **50.00** |
| | | | TOTAL AMOUNT IN ARREARS | **50.00** |

## OTHER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Next pymt due | 01/01/23 | Interest rate 4.000% | P & I | $708.46 | Monthly late charge $29.32 |
| Investor | Banco Popular | Property address | LOT 94 E STREET VISTAS DEL RIO, LAS PIEDRAS PR | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*José A. Colón Rivera*          **12/07/22**
**BANCO POPULAR DE PUERTO RICO**          **DATE**

SACCTFHA    **José A. Colón Rivera**